ENTERED
MAR - 4 2011

FILED
MAR - 3 2011

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re                                ) Bk. No. LA03-30133AA
    UNI-CGS, INC.            )
                             )
                             ) ORDER DENYING REQUEST FOR
                             ) RELEASE OF UNCLAIMED FUNDS
                             ) (28 U.S.C. Section 2042,
    Debtor (s)               ) Bankruptcy Rule 9013,
                             ) Bankruptcy Local Rule 3011-1)

On March 1, 2011, Euler Hermes American Credit Indemnity for Euler American Credit

Indemnity c/o J. Armstrong Duffield filed a request for release of unclaimed funds pursuant to 28

U.S.C. Section 2042. The request is denied for the following reason (s):

_____    1.    A request for an order must be made by written motion according to

            Bankruptcy Rule 9013. Contact Financial Services at (213) 894-0999 to

            obtain the appropriate form.

_____    2.    Motion practice in the United States Bankruptcy Court for the Central

            District of California is controlled by Local Bankruptcy Rule 3011-1 as

            promulgated by the United States District Court for the Central District of

            California. The request does not comply with either Bankruptcy Rule

            9013 or Local Bankruptcy Rule 3011-1.

_____    3.    Part # _____ Of the motion has not been completed. Not dated & no proof

            of service provided.

_____    4.    It appears that a copy of the motion was not sent to the claimant.

_____    5.   An original power of attorney was not submitted.

_____    6.   The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____    7.   The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____    8.   The motion does not list the trustee in the case as having been noticed.

_____    9.   There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____    10.  The corporate seal is not stamped on the motion &/or power of attorney.

_____    11.  The name on the corporate seal does not match the name listed on the claim.

_____    12.  There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor.

_____    13.  The supporting documentation that is provided are not certified copies.

_____    14.  Fund locator submitting this claim has failed to register with this court.

__✓__    15.  No proof of identification provided (driver license/passport).

_____    16.  No Tax ID provided.

_____    17.  Other:


_____Alan M. Ahart_____        _____3/3/11_____
United States Bankruptcy Judge          Date

JUST1 - REV. 04/00