**FILED**
APR 18 2011
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ENTERED**
APR 20 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

In re                                    )    Bk. No. LA03-30133-AA
    UNI-CGS, INC.                       )
                                        )
                                        )    ORDER DENYING REQUEST FOR
                                        )    RELEASE OF UNCLAIMED FUNDS
                                        )    (28 U.S.C. Section 2042,
    Debtor (s)                          )    Bankruptcy Rule 9013,
                                        )    Bankruptcy Local Rule 3011-1)

On March 12, 2011, Euler Hermes ACI for Wintec Industries c/o J. Armstrong Duffield filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

    _____    1.    A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-0999 to obtain the appropriate form.

    _____    2.    Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

    _____    3.    Part # _____ Of the motion has not been completed. Not dated & no proof of service provided.

    _____    4.    It appears that a copy of the motion was not sent to the claimant.

| | | |
|---|---|---|
| _____ | 5. | An original power of attorney was not submitted. |
| \_X\_\_\_ | 6. | The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided. |
| _____ | 7. | The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained. |
| _____ | 8. | The motion does not list the trustee in the case as having been noticed. |
| \_X\_\_\_ | 9. | There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed. |
| _____ | 10. | The corporate seal is not stamped on the motion &/or power of attorney. |
| _____ | 11. | The name on the corporate seal does not match the name listed on the claim. |
| _____ | 12. | There is no resolution with seal that verifies the person signing the power of attorney is authorized to sign on behalf of the creditor. |
| _____ | 13. | The supporting documentation that is provided are not certified copies. |
| _____ | 14. | Fund locator submitting this claim has failed to register with this court. |
| _____ | 15. | No proof of identification provided (driver license/passport). |
| _____ | 16. | No Tax ID provided. |
| _____ | 17. | Other: |

_Alan M. Ahart_        _4/18/11_
United States Bankruptcy Judge        Date

JUST1 - REV. 04/00